IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

RICHARD KURLAND, *et al.* *

Plaintiffs, *

v. * Case No.: 1:15-cv-2668-JKB

ACE AMERICAN INSURANCE *
COMPANY, *et al.*
*

Defendants.

* * * * * * * * * * * * *

PLAINTIFFS' MOTION TO SEAL COURT FILE

Plaintiffs Richard and Marti Kurland, by undersigned counsel, move pursuant to Local Rule 105.11 for leave to file under Seal this Motion and for leave to Seal the Court file in the above-captioned matter; this Motion is supported by the Affidavit of Marti Kurland, attached as Plaintiff's Exhibit "A". Plaintiffs state as follows:

1. Plaintiffs filed this first-party insurance action in September, 2015.

2. In the Complaint, Plaintiffs sought coverage from their homeowners' insurance carrier, ACE, for water and mold damage to their home.

3. After years of adjusting, litigation filing, motion practice and a mediation, the case settled in May, 2017.

4. Plaintiffs' attempts to sell their Owings Mills home have been unsuccessful. Plaintiffs, on information and belief, cannot find a realtor or buyer in light

of postings on the Internet concerning the lawsuit, which describe water damage and mold and the health effects on their eleven-year-old daughter while in the home.

5. Even though Plaintiffs remediated the water damage and mold with documentation confirming same, Plaintiffs cannot get a realtor or buyer due to the postings on-line regarding this lawsuit.

6. Undersigned counsel provided a copy of this Motion to Defense Counsel, who has advised that Defendant does not oppose the relief requested.

7. Accordingly, Plaintiffs state that the financial harm they have endured from the said Internet postings outweighs the public right to the civil records on their insurance case being open. Plaintiffs respectfully request that the Court Seal the record in this case instantly. Plaintiffs would take this Court's Order to each search engine company and each site owner to have the posts concerning this suit removed.

8. Plaintiffs respectfully request oral argument and would have Mr. and Ms. Kurland available for examination.

Respectfully submitted,

/s/ Brian S. Goodman
Brian S. Goodman (Bar No.: 03212)
Justin A. Redd (Bar No.: 18614)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
bgoodman@kg-law.com
jredd@kg-law.com
(410) 752-6030 Telephone
(410) 539-1269 Facsimile

/s/ Michael W. Duffy
Michael W. Duffy (admitted *pro hac vice*)
Merlin Law Group
181 West Madison, Suite 3475
Chicago, Illinois 60602
mduffy@merlinlawgroup.com
(312) 260-0806 Telephone
(312) 260-0808 Facsimile

*Attorneys for Plaintiffs*
*Marti Kurland and Richard Kurland*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2018, a copy of the foregoing paper was filed and served via CM/ECF on:

Craig D. Roswell, Esquire
Alicia D. Stewart, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202

*Attorneys for Defendants*
*ACE American Insurance Company and*
*Bankers Standard Insurance Company*

/s/ Brian S. Goodman
Brian S. Goodman